ORIGINAL

REISSUED FOR PUBLICATION
DEC 7 2017
OSM
U.S. COURT OF FEDERAL CLAIMS

FILED
NOV 1 3 2017
U.S. COURT OF
FEDERAL CLAIMS

# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 16-819V
Filed: November 13, 2017

| | |
|---|---|
| * * * * * * * * * * * * | Special Master Sanders |
| CONNOR TOES, * | |
| * | Joint Stipulation of Dismissal; |
| Petitioner, * | Vaccine Rule 21(a); No Judgment; |
| * | Order Concluding Proceedings |
| v. * | |
| * | |
| SECRETARY OF HEALTH * | |
| AND HUMAN SERVICES, * | |
| * | |
| Respondent. * | |
| * * * * * * * * * * * * | |

Connor Toes, *Pro Se*, Manhasset, NY, for Petitioner.
Christine Becer, United States Department of Justice, Washington, DC, for Respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On July 11, 2016, Connor Toes ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2012).[2] Petitioner alleged that the administration of Gardasil, varicella, and Menactra vaccines in July of 2013 caused him to develop hypothyroidism, autonomic neuropathy, and chronic fatigue. Petition, ECF No. 1.

On November 9, 2017, Petitioner and Respondent submitted a joint Stipulation of Dismissal. Stip., ECF No. 44. Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

---

[1] This decision shall be posted on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, the undersigned agrees that the identified material fits within the requirements of that provision, such material will be deleted from public access.

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-10 et seq. (hereinafter "Vaccine Act," "the Act," or "the Program"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

1

IT IS SO ORDERED.

_____
Herbrina D. Sanders
Special Master